**SEALED**

FILED
June 18, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By: ___RR___
               Deputy

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>**(1) ALEX LEE VEGA** ▮▮▮▮▮▮▮▮▮▮<br><br>Defendants | Case No: SA:25-CR-00350-FB<br><br>**INDICTMENT**<br><br>COUNT 1: 18 U.S.C. § 933(a)(1) and (b) and § 2<br>**Aiding and Abetting Trafficking in Firearms**<br><br>COUNT 2: 18 U.S.C. §922(o) and § 924(a)(2)<br>**Illegal Possession of a Machinegun**<br><br>COUNT 3 & 4: 18 U.S.C. § 922(g)(1) and § 924(a)(8)<br>**Felon in Possession of a Firearm**<br><br>COUNT 5: 18 U.S.C. §922(o) and § 924(a)(2)<br>**Illegal Possession of a Machinegun**<br><br>COUNT 6: 18 U.S.C. § 933(a)(1) and (b)<br>**Trafficking in Firearms** |

**THE GRAND JURY CHARGES:**

<u>COUNT ONE</u>
[18 U.S.C. § 933(a)(1) and (b) and § 2]

On or about April 10, 2025 in the Western District of Texas, the defendants,

**(1) ALEX LEE VEGA** and ▮▮▮▮▮▮▮▮▮▮

aided and abetted by each other, did knowingly ship, transport, transfer, cause to be transported and otherwise dispose of any firearm, to wit: one machinegun conversion device, to another person, in and affecting interstate and foreign commerce, knowing or having reasonable cause to

1

believe that the use, carrying, or possession of the firearm by the recipient would constitute a felony, to wit: illegal possession of a machinegun, in violation of Title 18 United State Code, Sections 933(a)(1) and (b) and 2.

## COUNT TWO
## [18 U.S.C. § 922(o) and § 924(a)(2)]

On or about April 10, 2025, in the Western District of Texas, the defendant,

█████████████████████

did knowingly possess a machinegun, that is, a machinegun conversion device, which is designed and intended solely and exclusively for use in converting a semi-automatic weapon into a weapon that can be fired as a fully automatic weapon by a single function of the trigger, as defined by Title 26, United States Code, Section 5845(b), in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

## COUNT THREE
## [18 U.S.C. § 922(g)(1) and § 924(a)(8)]

On or about April 11, 2025, in the Western District of Texas, the defendant,

**(1) ALEX LEE VEGA,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed at least one firearm, namely: a Glock model 19 Gen 4 pistol, 9x19 mm caliber, serial number BKFR340, and said firearm had been shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT FOUR
### [18 U.S.C. § 922(g)(1) and § 924(a)(8)]

On or about April 14, 2025, in the Western District of Texas, the defendant,

**(1) ALEX LEE VEGA,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed at least one firearm, namely: a Glock model 30 Gen 4 pistol, .45 ACP caliber, serial number XRH424, and said firearm had been shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT FIVE
### [18 U.S.C. § 922(o) and § 924(a)(2)]

On or about April 16, 2025, in the Western District of Texas, the defendant,

█████████████████████

did knowingly possess a machinegun, that is, a Glock model 23 pistol, .40 caliber, serial number CCYW587, which was equipped with a machinegun conversion device that made the pistol capable of firing automatically more than one shot, without manual reloading, by a single function of the trigger, in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

## COUNT SIX
### [18 U.S.C. § 933(a)(1) and (b)]

On or about April 16, 2025, in the Western District of Texas, the defendant,

█████████████████████

did knowingly ship, transport, transfer, cause to be transported and otherwise dispose of any

firearm, to wit: a Glock model 23 pistol, .40 caliber, serial number CCYW587 to another person in and affecting interstate and foreign commerce, knowing or having reasonable cause to believe that the use, carrying, or possession of the firearm by the recipient would constitute a felony, to wit: illegal possession of a machinegun, in violation of Title 18 United State Code, Sections 933(a)(1) and (b).

A TRUE BILL

FOREPERSON OF THE GRAND JURY

JUSTIN R. SIMMONS
UNITED STATES ATTORNEY

BY: _____
For SADE MITCHELL BOGART
Assistant United States Attorney